No. 26,431.

MISSOURI PACIFIC RAILROAD COMPANY, *Appellant,* v. THE BOARD OF COUNTY COMMISSIONERS OF THE COUNTY OF ANDERSON, *Appellee.*

MEMORANDUM DECISION.

Appeal from Anderson district court; HUGH MEANS, judge. Opinion filed February 6, 1926. Reversed.

*W. P. Waggener, J. M. Challiss,* both of Atchison, and *F. M. Harris,* of Ottawa, for the appellant.

*Bert L. Woods, John K. Bowman* and *DeWitt M. Stiles,* all of Garnett, for the appellee.

The decision of the court was announced by

HOPKINS, J.: This is a companion case to *Atchison, T. & S. F. Rly. Co. v. Anderson County Comm'rs,* just decided. By stipulation of the parties, and consent of the court, the two cases were tried together on the same evidence. They were in all respects analogous except that the plaintiff in this case had no reservoirs in the benefit district. The decision in the former case (ante, p. 240) is controlling here.

The judgment is reversed and the cause remanded for further proceedings.